

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,             )
                                      )
        Plaintiffs,                   )   CR-10-114-AWI
                                      )
    vs.                               )   ORDER OF RELEASE
                                      )
CARLOS ARGANDA, JR.,                  )
                                      )
        Defendant.                    )
_____)

The above named defendant having been sentenced on June 14, 2010 to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: 6-14-10

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1